IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAMU CRITTLE, 15069-111, | )<br>) |
| Plaintiff(s), | )  No. C 13-0625 CRB (PR)<br>) |
| vs. | )  ORDER OF DISMISSAL<br>) |
| BELEN EZAZ, et al., | )<br>) |
| Defendant(s). | )<br>) |

Per order filed on May 28, 2013, the court dismissed plaintiff's complaint with leave to amend within 30 days. The court made clear that "[f]ailure to file a proper amended complaint within the designated time will result in the dismissal of this action." Dkt. #12 at 2.

More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED.

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: July 9, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Crittle, A.13-0625.dismissal.wpd