MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
FAX: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Federal Defendants Belen Ezaz, Luisa Basile,
Raul Cespedes, Shakaib Syed and Randy Tews

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AJAMU CRITTLE,<br><br>Plaintiff,<br><br>v.<br><br>BELEN EZAZ, ET AL<br><br>Defendants. | Case No. C 13-00625 CRB<br><br>**ORER ON DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MOVE FOR SUMMARY ADJUDICATION/JUDGMENT, CIV. L. R. 6-3, 7-11** |

Federal Defendants Dr. Belen Ezaz, Luisa Basile, Raul Cespedes, Associate Warden Shakaib Syed and Warden Randy Tews (collectively "Defendants") filed an administrative motion requesting request an extension of time to respond to the First Amended Complaint filed by Plaintiff Ajamu Crittle ("Plaintiff"), a federal prisoner proceeding in propria persona, regarding conduct while imprisoned at the Federal Corrections Institute ("FCI") at Dublin, California, as well as to file any dispositive motions.

Having considered the papers, and good cause appearing therefore, the Court hereby GRANTS the motion. Defendants Dr. Belen Ezaz, Luisa Basile, Raul Cespedes, Associate Warden Shakaib Syed and Warden Randy Tews shall respond to the First Amended Complaint by no later than March 7, 2014 and shall file dispositive motions by no later than June 6, 2014.

Should Ms. Bautista be located and properly served, the time for her to respond to the First Amended Complaint shall be no earlier than that set forth in Rule 12. If, however, she is located and served within a reasonable time of the date of this Order, and she requests and the Department of Justice approves representation of her by the undersigned, the U.S. Attorney's Office shall make reasonable efforts to join Ms. Bautista's response dates with that of the other defendants to minimize or eliminate staggered responses or dispositive motion filings.

**IT IS SO ORDERED.**

DATED: January 17, 2014



_____
The
United

[Proposed] Order on Admin Motion for Extension of Time
Case No. C 13-00625 CRB

1