IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAMU CRITTLE, 15069-111, | ) |
| Plaintiff(s), | ) No. C 13-0625 CRB (PR) |
| vs. | ) ORDER |
| BELEN EZAZ, et al., | ) |
| Defendant(s). | ) |

Plaintiff has filed a motion for leave to file a Second Amended Complaint (SAC) to re-introduce a claim for damages against the United States under the Federal Tort Claims Act (FTCA), based on the same conduct and omissions giving rise to his pending claim for damages against the named individual federal defendants under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971). Defendants shall file a response to the motion within seven days (7) of this order.

SO ORDERED.

DATED:  March 28, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Crittle, A.13-0625.mtn-to-file-SAC.wpd