IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAMU CRITTLE, 15069-111, | |
| Plaintiff(s), | No. C 13-0625 CRB (PR) |
| vs. | ORDER TO SHOW CAUSE |
| BELEN EZAZ, et al., | (Docket #55) |
| Defendant(s). | |

Plaintiff has filed a notice of "withdrawal of complaint and motion for dismissal without prejudice." Dkt. #55.

Because defendants Belen Ezaz, Raul Cespedes, Luisa Basile, Shakaib Syed and Randy Tews filed answers before plaintiff filed his notice and motion, the requested dismissal requires a "court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Within seven days of this order, defendants are ordered to show cause why the requested dismissal without prejudice should not be granted.

SO ORDERED.

DATED: July 1, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Crittle, A.13-0625.voluntary-dismissal.osc.wpd