IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAMU CRITTLE, 15069-111, ) | |
| Plaintiff(s), ) | No. C 13-0625 CRB (PR) |
| vs. ) | ORDER GRANTING MOTION FOR DISMISSAL WITHOUT PREJUDICE |
| BELEN EZAZ, et al., ) | |
| Defendant(s). ) | (Dkt. #55 & 56) |

In view of defendants' statement of non-opposition, plaintiff's notice of "withdrawal of complaint and motion for dismissal without prejudice" (dkt. #55) is GRANTED.

The clerk is instructed to close the file and terminate all pending motions (see, e.g., dkt. #56) as moot.

SO ORDERED.

DATED:   July 9, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Crittle, A.13-0625.voluntary-dismissal.wpd